**IN RE SMITH**

[369 N.C. 499 (2017)]

IN THE MATTER OF TOMMIE JUNIOR SMITH, Claim for Compensation Under the North Carolina Eugenics Asexualization and Sterilization Compensation Program

No. 88A16

Filed 17 March 2017

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 785 S.E.2d 111 (2016), dismissing an appeal from a decision and order filed on 7 May 2015 by the North Carolina Industrial Commission and remanding the matter to the Commission for transfer to the Superior Court, Wake County, under N.C.G.S. § 1-267.1(a1). On 9 June 2016, the Supreme Court allowed the State's petition for discretionary review of additional issues. Heard in the Supreme Court on 13 February 2017.

*UNC Center for Civil Rights, by Elizabeth Haddix and Mark Dorosin; and Pressly, Thomas & Conley, PA, by Edwin A. Pressly, for claimant-appellant/appellee.*

*Joshua H. Stein, Attorney General, by Elizabeth A. Fisher, Assistant Solicitor General, and Amar Majmundar, Special Deputy Attorney General, for defendant-appellant/appellee State of North Carolina.*

PER CURIAM.

For the reasons stated in *In re Redmond*, ___ N.C. ___, ___ S.E.2d ___ (Mar. 17, 2017) (No. 86A16), the decision of the Court of Appeals is reversed, and this case is remanded to the Court of Appeals.

REVERSED AND REMANDED.